UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket # 22-CR-00172 (RBW) |
| ) | |
| DONNELL ROJAS ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

COMES NOW Mr. Donnell Rojas, Defendant, by and through his undersigned Counsel, and respectfully states as follows:

1. In the interests of brevity, only a brief Memorandum in Aid of Sentencing is offered in this matter. Counsel finds many areas of agreement with the United States, and will not address those areas.

2. Mr. Rojas seeks a sentence of ten years, as agreed by the parties in the plea agreement. He will respectfully request that the Court depart downwards from the Guidelines.

3. It should be noted that both of his parents passed away while Mr. Rojas was relatively young. However, it is critical to note that while several family members suffered from drug abuse, both of his parents suffered further from critical mental health issues during their lifetimes. His mother was a bipolar and his father suffered from paranoid schizophrenia.

4. Counsel respectfully suggests that Mr. Rojas suffers from a mental health illness that directed him towards addiction to child pornography. He needs mental health treatment and rehabilitation and respectfully seeks a recommendation from This Honorable Court that he be allowed to serve his sentence at Fort Butner, North Carolina. At this location, Mr. Rojas will benefit from advanced mental health treatment, that hopefully will allow him to resume his job in the IT industry.

5. He accepted full responsibility in this matter and took an "early" plea before the Court, a brief time after the plea being offered to him by the prosecution.

6. The American Bar Association has suggested that Judges can show leniency to Defendants who take an early plea and save the Court and the prosecution considerable time and resources.

7. Given this acknowledgement, Mr. Rojas states that his conduct was another aberration, and was the result of his "addiction" due to mental health issues.

8. The writer of the PSR calculates an offense level of 33, and a criminal history of III, thereby arriving at a guidelines imprisonment of 168 to 210 months.

9. In contrast, the parties had agreed in the plea agreement to the minimum ten years sentence.

10.  Mr. Rojas requests the Court to sentence him pursuant to the plea agreement of the parties, since the guidelines are voluntary, namely to Ten years.

11. Mr. Donnell Rojas seeks the leniency of the Court.

Dated this 8th day of May, 2023.

                                        Respectfully Submitted,

                                        *Atiq R. Ahmed*

                                        _____
                                        Atiq R. Ahmed, Esquire (#390419)
                                        601 Pennsylvania Avenue, N.W.,
                                        South Building, Suite 900
                                        Washington D. C. 20004
                                        (202) 710-4929
                                        Counsel for Mr. Donnell Rojas

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __8th__ day of May, 2023 a copy of the foregoing pleading was furnished by the Court's e-filing system to:

Office of the United States Attorney
Felony Trial Branch
Attn: Jessica Arco, Esquire
555 Fourth Street, N.W.
Washington D. C. 20530

                                          *Atiq R. Ahmed*
                                        _____
                                        Atiq R. Ahmed, Esquire